BENJAMIN D. HARGROVE
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX:    (406) 657-6989
E-mail: Benjamin.Hargrove@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED
NOV 1 8 2022
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DREW PARKER SEYMOUR,<br><br>Defendant. | CR 22-138-BLG-SPW<br><br>INDICTMENT<br><br>PROHIBITED PERSON IN POSSESSION OF A FIREARM<br>Title 18 U.S.C. § 922(g)(1)<br>(Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release)<br><br>FORFEITURE ALLEGATION<br>18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

That on or about March 16, 2022, at Billings, in Yellowstone County, in the State and District of Montana, the defendant, DREW PARKER SEYMOUR, knowing he had been convicted of a crime punishable by imprisonment for a term

1

exceeding one year, knowingly possessed, in and affecting interstate and foreign commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this indictment, the defendant, DREW PARKER SEYMOUR, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

Foreperson signature redacted.
Original document filed under seal.

FOREPERSON

_____
JESSE A. LASLOVICH
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney